# AFFIDAVIT OF SERVICE


#746242#

| COURT: UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK | INDEX#: 1 17 CV 00101 PAE RLE |
|---|---|
| | DATE PURCHASED: |

**PLAINTIFF/PETITIONER:** ANGEL SANTIAGO

**DEFENDANT/RESPONDENT(S):** ID&T/SFX MYSTERYLAND, LLC, ET AL

**DOCUMENTS:** SUMMONS IN A CIVIL ACTION, CIVIL COVER SHEET, AND COMPLAINT

STATE OF NEW YORK : COUNTY OF NASSAU
Musab Nassar, the undersigned, being duly sworn, deposes and says:

On 09/05/2017 at 4:13 PM, at 247 WEST 35TH STREET, SUITE 202, NEW YORK, NY10001, deponent served the within SUMMONS IN A CIVIL ACTION, CIVIL COVER SHEET, AND COMPLAINT on STRIKE FORCE PROTECTIVE SERVICES, INC in the manner indicated below:

**MANNER OF SERVICE:**
By delivering thereat a true copy of each and leaving with STRIKE FORCE PROTECTIVE SERVICES, INC a true copy of the aforementioned documents. The deponent knew the person served to be the MANAGER, Treaston Alfred, who stated he/she is AUTHORIZED TO ACCEPT SERVICE OF PROCESS ON BEHALF of the corporation.

**DESCRIPTION OF PERSON SPOKEN TO/PAPERS LEFT WITH:**
Sex: Male - Skin: Black - Hair: Black - Age: 38 - Height: 5ft 9" - 6ft - Weight: 181-200lbs

Sworn to and subscribed before me on 09/06/2017
Manuel G Gomez
Notary Public, State of New York
No. 01GO6328287
Qualified in Suffolk County
Commission Expires 07/27/2019

x _____
Musab Nassar
License#: 2045119
Atty#: 20170831153716

OPTIONAL GPS LOG:

GUARANTEED SUBPOENA SERVICE, INC., 2009 MORRIS AVENUE, UNION, NJ, 07083
PIEKARSKY & ASSOCIATES, LLC, 191 GODWIN AVENUE, WYCKOFF, NJ07481

JB



RECEIVED
SEP 1 8 2017
BY: 19914
Diaried
for default.