UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
ANGEL SANTIAGO,

                            Plaintiff,        Docket No.:   1:17-cv-00101-PAE

    -against-                             **ANSWER TO CROSS-CLAIMS OF DEFENDANT GREEN MTN CONCERT SERVICES, INC.**

ID&T/SFX MYSTERYLAND LLC, BETHEL WOODS
CENTER FOR THE ARTS, D & E PARTNERS, INC.,
S&B GROUP ENTERPRISES, LLC, CHRISTIE LITES
LLC, CONTEMPORARY SERVICES CORPORATION,
CSS SECURITY, INC., GREEN MOUNTAIN CONCERT
SERVICES, INC., STRIKE FORCE PROTECTIVE
SERVICES, INC., VENUE SMART, KEL EXECUTIVE
SERVICES, ABC CORPS.1-100 (Fictitious entities),
& John Does1-100(Fictitious Names),

                            Defendants.
------------------------------------------------------------------X

The defendants, **CONCERT SERVICES SPECIALISTS, INC. d/b/a CSS SECURITY, INC.** by their attorneys, **MORRIS DUFFY ALONSO & FALEY**, upon information and belief, answers the Cross-Claims of defendant **GREEN MTN CONCERT SERVICES, INC.** upon information and belief as follows:

1. Defendant **CONCERT SERVICES SPECIALISTS, INC. d/b/a CSS SECURITY, INC.** hereby denies the cross-claims asserted against them in the unnumbered paragraphs designated **"AS AND FOR A CROSS-CLAIM FOR CONTRIBUTION AND/OR INDEMNIFICATION AGAINST THE CO-DEFENDANTS ID&T/SFX MYSTERLAND LLC *et al*"** and respectfully refers all questions of law to the Court at the time of trial.

**WHEREFORE**, defendant **CONCERT SERVICES SPECIALISTS, INC. d/b/a CSS SECURITY, INC.** hereby demands judgment dismissing the cross-claims made against them by

defendant **GREEN MTN CONCERT SERVICES, INC.** in their entirety, with prejudice, and awarding the answering defendant with appropriate costs and disbursements for the defense thereof, together with such other, further and different relief as this Court deems just and proper.

Dated: New York, New York
      October 16, 2017

MORRIS DUFFY ALONSO & FALEY

By: _____
CHRISTOPHER R. INVIDIATA
Attorney for Defendants
Concert Service Specialists, Inc
*d/b/a* CSS SECURITY, INC.
Office and Post Office Address
Two Rector Street, 22nd Floor
New York, New York 10006
T: (212) 766-1888
F: (212) 766-3252
Our File No.: (SD) 67594

TO: LAW OFFICE OF PIEKARKSY & ASSOCIATES LLC,
Attorney for Plaintiff
ANGEL SANTIAGO
191 Goodwin Avenue
Wyckoff, New Jersey 07481
T: (201) 560-5000
F: (201) 560 -1440
Attn: Mark Faro, Esq., mfaro@pielaw.com
Attn: Scott B. Piekarsky, spiekarsky@pielaw.com

EUSTACE AND MARQUEZ
Attorneys for Defendant
BETHEL WOODS CENTER FOR THE ARTS
The Parker Corporate Center
White Plains, NY 10605
914-989-6671
Fax: 914-989-6638
Attn: John Marquez, Esq., JMarquez@eustacelaw.com

HAVKINS ROSENFELD RITZERT & VARRIALE, LLP
Attorneys for Defendant
ID&T/SFX MYSTERYLAND LLC
1065 Avenue of the Americas, 8th Floor
New York, NY 10018
(212)-488-1598
Fax: (212)-564-0203
Attn: Michelle L Bochner, michelle.bochner@hrrvlaw.com
Attn: Steven Howard Rosenfeld, steven.rosenfeld@hrrvlaw.com

LITCHFIELD CAVO LLP
Attorneys for Defendant
CONTEMPORARY SERVICES CORP.
420 Lexington Ave., Suite 2104
New York, New York 10170
T: (212) 792-9772
F: (212) 434-0105
Attn: Brian Gitnik, gitnik@litchfieldcavo.com

KOWALKSKI & DEVITO
Attorneys for Defendant
GREEN MTN. CONCERT SERVICES, INC.
i/s/h/a GREEN MOUNTAIN CONCERT SERVICES, INC.
12 Metrotech Center, 28th Floor
Brooklyn, New York 11201-3837
(718) 250-1100
File No. NYNY-32842
Attn: William A. Prinsell, william.prinsell@chartisinsurance.com

## AFFIDAVIT OF SERVICE BY MAIL AND ECF

STATE OF NEW YORK )
                                   ss.:
COUNTY OF NEW YORK )

**CASSANDRA RIDDICK,** being duly sworn, says: I am not a party to the action, am over 18 years of age and reside in New York, New York. That on the 17th day of October 2017, I served the within **ANSWER TO CROSS-CLAIMS OF DEFENDANT GREEN MTN CONCERT SERVICES, INC.** upon:

LAW OFFICE OF PIEKARKSY & ASSOCIATES LLC,
Attorney for Plaintiff
ANGEL SANTIAGO
191 Goodwin Avenue
Wyckoff, New Jersey 07481
T: (201) 560-5000
F: (201) 560 -1440
Attn: Mark Faro, Esq., mfaro@pielaw.com
Attn: Scott B. Piekarsky, spiekarsky@pielaw.com

EUSTACE AND MARQUEZ
Attorneys for Defendant
BETHEL WOODS CENTER FOR THE ARTS
The Parker Corporate Center
White Plains, NY 10605
914-989-6671
Fax: 914-989-6638
Attn: John Marquez, Esq., JMarquez@eustacelaw.com

HAVKINS ROSENFELD RITZERT & VARRIALE, LLP
Attorneys for Defendant
ID&T/SFX MYSTERYLAND LLC
1065 Avenue of the Americas, 8th Floor
New York, NY 10018
(212)-488-1598
Fax: (212)-564-0203
Attn: Michelle L Bochner, michelle.bochner@hrrvlaw.com
Attn: Steven Howard Rosenfeld, steven.rosenfeld@hrrvlaw.com

LITCHFIELD CAVO LLP
Attorneys for Defendant
CONTEMPORARY SERVICES CORP.
420 Lexington Ave., Suite 2104
New York, New York 10170
T: (212) 792-9772
F: (212) 434-0105
Attn: Brian Gitnik, gitnik@litchfieldcavo.com

KOWALKSKI & DEVITO
Attorneys for Defendant
GREEN MTN. CONCERT SERVICES, INC.
i/s/h/a GREEN MOUNTAIN CONCERT SERVICES, INC.
12 Metrotech Center, 28th Floor
Brooklyn, New York 11201-3837
(718) 250-1100
File No. NYNY-32842
Attn: William A. Prinsell, william.prinsell@chartisinsurance.com

those being the addresses designated by said attorneys for that purpose, by depositing a true copy of same enclosed in a post-paid properly addressed wrapper in an official depository under the exclusive care and custody of the United States Post Office Department and the Unified Electronic Court Filing System.

**CASSANDRA RIDDICK**

Sworn to before me this
17th day of October 2017

Notary Public

DEBORAH A. DERENZIS
Notary Public, State of New York
No. 01DE6089503
Qualified in Richmond County
Commission Expires March 24, 20_19

INDEX NO. -  YEAR -

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ANGEL SANTIAGO,

                               Plaintiff,          Docket No.:   1:17-cv-00101-PAE

-against-

ID&T/SFX MYSTERYLAND LLC, BETHEL WOODS
CENTER FOR THE ARTS, D & E PARTNERS, INC.,
S&B GROUP ENTERPRISES, LLC, CHRISTIE LITES
LLC, CONTEMPORARY SERVICES CORPORATION,
CSS SECURITY, INC., GREEN MOUNTAIN CONCERT
SERVICES, INC., STRIKE FORCE PROTECTIVE
SERVICES, INC., VENUE SMART, KEL EXECUTIVE
SERVICES, ABC CORPS.1-100 (Fictitious entities),
& John Does1-100(Fictitious Names),

                               Defendants.

---

**ANSWER TO CROSS-CLAIMS OF DEFENDANT GREEN MTN CONCERT SERVICES, INC.**

---

**MORRIS DUFFY ALONSO & FALEY**
Attorneys for Defendants
CONCERT SERVICE SPECIALISTS, INC.
D/B/A CSS SECURITY, INC.
Two Rector Street - 22nd Floor
New York, New York 10006
(212) 766-1888
File No.: (SD) 67594