```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/16/2017
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------X

ANGEL SANTIAGO,

                                        Plaintiff,

                    -v-

ID&T/SFX MYSTERYLAND LLC., et al.,

                                        Defendants.

-------------------------------------------------------------------X

17 Civ. 101 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

On March 23, 2017, following some initial confusion, the Court provided the parties with
the correct consent form to proceed before a magistrate judge.  Dkt. 56.  Since that time, this case
has been proceeding before Magistrate Judge Ellis as if consented to, but the correct form does
not appear to have been executed and filed by the parties.  The correct form is attached once
again, and the parties are directed to sign this form and file it on ECF.  To ensure the case is
allowed to proceed efficiently in the meantime, the Court has, on its own authority, referred the
case to a magistrate judge (who will succeed to Judge Ellis's responsibilities) for general pretrial
supervision.

        SO ORDERED.

                                        _____
                                        Paul A. Engelmayer
                                        United States District Judge

Dated: November 16, 2017
        New York, New York

AO 85 (Rev. 01/09) Notice, Consent, and Reference of a Civil Action to a Magistrate Judge

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | | |
|---|---|---|
| ANGEL SANTIAGO | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.   17-CV-101(PAE) |
| ID & T MYSTERYLAND LLC, et al. | ) | |
| *Defendant* | ) | |

### NOTICE, CONSENT, AND REFERENCE OF A CIVIL ACTION TO A MAGISTRATE JUDGE

*Notice of a magistrate judge's availability.* A United States magistrate judge of this court is available to conduct all proceedings in this civil action (including a jury or nonjury trial) and to order the entry of a final judgment. The judgment may then be appealed directly to the United States court of appeals like any other judgment of this court. A magistrate judge may exercise this authority only if all parties voluntarily consent.

You may consent to have your case referred to a magistrate judge, or you may withhold your consent without adverse substantive consequences. The name of any party withholding consent will not be revealed to any judge who may otherwise be involved with your case.

*Consent to a magistrate judge's authority.* The following parties consent to have a United States magistrate judge conduct all proceedings in this case including trial, the entry of final judgment, and all post-trial proceedings.

| *Parties' printed names* | *Signatures of parties or attorneys* | *Dates* |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

### Reference Order

**IT IS ORDERED:** This case is referred to a United States magistrate judge to conduct all proceedings and order the entry of a final judgment in accordance with 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73.

Date: _____

_____
*District Judge's signature*

_____
*Printed name and title*

Note:   Return this form to the clerk of court only if you are consenting to the exercise of jurisdiction by a United States magistrate judge. Do not return this form to a judge.