UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/7/2017

DET. BADGE #379 ANGEL SANTIAGO,

                    Plaintiff,                    17-CV-101 (PAE)(SN)

   -against-                             **ORDER**

ID&T/SFX MYSTERYLAND LLC, et al.,

                    Defendants.

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge**:

      On Thursday, November 16, 2017, the Honorable Paul A. Engelmayer assigned this matter to my docket for general pretrial supervision. A status conference is scheduled for Friday, December 15, 2017, at 12:30 p.m. in Courtroom 219, Thurgood Marshall Courthouse, 40 Foley Square, New York, New York.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:     December 7, 2017
                New York, New York