**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X

Plaintiff(s),

**- against -**

\_\_\_\_\_ Civ. _____(\_\_\_)

**CLERK'S CERTIFICATE**
**OF DEFAULT**

Defendant(s),
-----------------------------------------------------------X

**I, RUBY J. KRAJICK, Clerk of the United States District Court for**

**the Southern District of New York**, do hereby certify that this action was commenced on

_____ with the filing of a summons and complaint, a copy of the summons and

complaint was served on defendant(s) _____

by personally serving _____,

*and proof of service was therefore filed on* _____*, Doc. #(s)* _____.

I further certify that the docket entries indicate that the defendant(s) has not filed an

answer or otherwise moved with respect to the complaint herein. The default of the

defendant(s) is/are hereby noted.

**Dated: New York, New York**

_____, 20\_\_\_

**RUBY J. KRAJICK**
**Clerk of Court**

**By:** _____
**Deputy Clerk**

SDNY Web 3/2015