

**HAVKINS ROSENFELD RITZERT & VARRIALE, LLP**

HRRV

COUNSELORS AT LAW

**Michelle Bochner**
Direct Dial:  (646) 747-6782
Email:  Michelle. Bochner @hrrvlaw.com

**Reply to New York Office**

January 26, 2018

Magistrate Judge Sarah Netburn
United States District Court, Southern
District of New York
500 Pearl Street
New York, NY 10007

Re:   *Santiago v. ID&T/SFX Mysteryland, LLC, et al.*
1:17-cv-00101-PAE
Our File No. 10310-362

Magistrate Judge Netburn:

This office represents defendant ID&T/SFX Mysteryland in the above mentioned matter.

We have been made aware that co-defendant Strike Force Protective Services, Inc., which was served but has not yet appeared in this matter, has filed for bankruptcy protection in the United States Bankruptcy Court for the District of New Jersey.

Attached hereto is copy of the bankruptcy petition for the Court's attention.

Respectfully submitted,

/s/

Michelle L. Bochner

cc: All parties via ECF

{03094618.DOCX / }

1065 Avenue of the Americas ■ Suite 800 ■ New York, New York 10018
212-488-1598 ■ 212-564-0203 Facsimile

114 Old Country Road ■ Suite 300 ■ Mineola, New York 11501
516-620-1700 ■ 516-746-0833 Facsimile

170 Hamilton Avenue ■ Suite 210 ■ White Plains, New York 10601
914-290-6430 ■ 914-560-2245 Facsimile

Case 1:17-cv-03048-RBK-AMD   Document 28   Filed 01/09/18   Page 2 of 11 PageID: 113

Case 18-10156-JKS   Doc 1   Filed 01/03/18   Entered 01/03/18 17:22:06   Desc Main
Document   Page 1 of 13

| Fill in this information to identify your case: |
| --- |

United States Bankruptcy Court for the:

DISTRICT OF NEW JERSEY

Case number *(if known)* _____   Chapter   __11__

☐ Check if this an
amended filing

## Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy       4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).
For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| 1. | Debtor's name | **Strike Force Protective Services, Inc.** | |
| --- | --- | --- | --- |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | | |
| 3. | Debtor's federal Employer Identification Number (EIN) | 11-3404099 | |
| 4. | Debtor's address | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | **51 Progress Street**<br>**Union, NJ 07083**<br>Number, Street, City, State & ZIP Code | |
| | | | P.O. Box, Number, Street, City, State & ZIP Code |
| | | **Union**<br>County | **Location of principal assets, if different from principal place of business** |
| | | | Number, Street, City, State & ZIP Code |
| 5. | Debtor's website (URL) | www.strikeforceportectiveservices.com | |
| 6. | Type of debtor | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ | |

| Debtor | **Strike Force Protective Services, Inc.** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

**7.  Describe debtor's business**   A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

<u>5616</u>

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**   *Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11 (Official Form 201A)* with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

■ No.

☐ Yes.

If more than 2 cases, attach a separate list.

| District | _____ | When | _____ | Case number | _____ |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |

**10.  Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No

■ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | **See Attachment** | | Relationship | _____ |
|---|---|---|---|---|
| District | _____ | When _____ | Case number, if known | _____ |

Official Form 201                Voluntary Petition for Non-Individuals Filing for Bankruptcy                page 2

Debtor   **Strike Force Protective Services, Inc.** _____   Case number (*if known*) _____
         Name

**11. Why is the case filed in this district?**   *Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                          Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency _____

         Contact name _____

         Phone _____

---

**■ Statistical and administrative information**

**13. Debtor's estimation of available funds**   *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ■ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

| Debtor | Strike Force Protective Services, Inc. | Case number (if known) | |
| | Name | | |

| | **Request for Relief, Declaration, and Signatures** |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

| 17. Declaration and signature of authorized representative of debtor | The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition. |
| | I have been authorized to file this petition on behalf of the debtor. |
| | I have examined the information in this petition and have a reasonable belief that the information is trued and correct. |
| | I declare under penalty of perjury that the foregoing is true and correct. |

Executed on   January  3, 2018
MM / DD / YYYY

X  /s/ Frederick G. Goldring                          Frederick G. Goldring
Signature of authorized representative of debtor       Printed name

Title   President

---

| 18. Signature of attorney | X  /s/ Stuart Gold                          Date  January  3, 2018 |
| | Signature of attorney for debtor                    MM / DD / YYYY |

Stuart Gold
Printed name

Mandelbaum Salsburg P.C.
Firm name

3 Becker Farm Road
Roseland, NJ 07068
Number, Street, City, State & ZIP Code

Contact phone   9737364600      Email address   sgold@lawfirm.ms

009511986
Bar number and State

---

| Debtor | Strike Force Protective Services, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF NEW JERSEY

Case number (if known) _____   Chapter ___11___

☐ Check if this an
amended filing

---

## FORM 201. VOLUNTARY PETITION

### Pending Bankruptcy Cases Attachment

| Debtor | Initial Protective Services, Inc. | | | Relationship to you | Affiliate |
|---|---|---|---|---|---|
| District | New Jersey | When | 1/03/18 | Case number, if known | TBA |
| Debtor | Strike Force of New Jersey, Inc. | | | Relationship to you | Affiliate |
| District | New Jersey | When | 1/03/18 | Case number, if known | TBA |
| Debtor | Summit Staffing Solutions, Inc. | | | Relationship to you | Affiliate |
| District | New Jersey | When | 1/03/18 | Case number, if known | TBA |
| Debtor | Summit Staffing Solutions, Inc. | | | Relationship to you | Affiliate |
| District | New Jersey | When | 1/03/18 | Case number, if known | TBA |
| Debtor | Ultimate Services, Inc. | | | Relationship to you | Affiliate |
| District | New Jersey | When | 1/03/18 | Case number, if known | TBA |
| Debtor | USI landscape and Design, Inc. | | | Relationship to you | Affiliate |
| District | New Jesey | When | 1/03/18 | Case number, if known | TBA |
| Debtor | USI Services Group, Inc. | | | Relationship to you | Parent |
| District | New Jersey | When | 1/03/18 | Case number, if known | TBA |

**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF NEW JERSEY

Case number (if known) _____  Chapter **11**

☐ Check if this an
amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy   4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).
For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | | |
|---|---|---|
| 1. | Debtor's name | **Strike Force of New Jersey, Inc.** |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | Debtor's federal Employer Identification Number (EIN) | **22-3707119** |
| 4. | Debtor's address | **Principal place of business** | **Mailing address, if different from principal place of business** |

**51 Progress Street**
**Union, NJ 07083**
Number, Street, City, State & ZIP Code

**Union**
County

P.O. Box, Number, Street, City, State & ZIP Code

**Location of principal assets, if different from principal place of business**

Number, Street, City, State & ZIP Code

| | | |
|---|---|---|
| 5. | Debtor's website (URL) | |
| 6. | Type of debtor | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
| | | ☐ Partnership (excluding LLP) |
| | | ☐ Other. Specify: _____ |

Case 1:17-cv-03048-RBK-AMD   Document 28   Filed 01/09/18   Page 8 of 11 PageID: 119

Case 18-10158-JKS    Doc 1    Filed 01/03/18    Entered 01/03/18 17:26:22    Desc Main
Document    Page 2 of 18

| | | | |
|---|---|---|---|
| Debtor | Strike Force of New Jersey, Inc. | | Case number (if known) |
| | Name | | |

**7.   Describe debtor's business**

A. Check one:

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. Check all that apply

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

5616

**8.   Under which chapter of the Bankruptcy Code is the debtor filing?**

Check one:

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. Check all that apply:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11 (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.   Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

■ No.

☐ Yes.

If more than 2 cases, attach a separate list.

| | District _____ | When _____ | Case number _____ |
|---|---|---|---|
| | District _____ | When _____ | Case number _____ |

**10.  Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No

■ Yes.

List all cases. If more than 1, attach a separate list

| | Debtor   See Attachment | | Relationship _____ |
|---|---|---|---|
| | District _____ | When _____ | Case number, if known _____ |

| Debtor | Strike Force of New Jersey, Inc. | Case number (if known) |
|---|---|---|
| | Name | |

| | | |
|---|---|---|
| **11.** Why is the case filed in this district? | *Check all that apply:* | |
| | ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district. | |
| | ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. | |

| | | |
|---|---|---|
| **12.** Does the debtor own or have possession of any real property or personal property that needs immediate attention? | ■ No | |
| | ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed. | |
| | **Why does the property need immediate attention?** *(Check all that apply.)* | |
| | ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety. | |
| | What is the hazard? _____ | |
| | ☐ It needs to be physically secured or protected from the weather. | |
| | ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options). | |
| | ☐ Other _____ | |
| | **Where is the property?** _____ | |
| | Number, Street, City, State & ZIP Code | |
| | **Is the property insured?** | |
| | ☐ No | |
| | ☐ Yes. Insurance agency _____ | |
| | Contact name _____ | |
| | Phone _____ | |

| ■ Statistical and administrative information |
|---|

| | | |
|---|---|---|
| **13.** Debtor's estimation of available funds | *Check one:* | |
| | ■ Funds will be available for distribution to unsecured creditors. | |
| | ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors. | |

| **14.** Estimated number of creditors | ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
|---|---|---|---|
| | ■ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| | ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| | ☐ 200-999 | | |

| **15.** Estimated Assets | ■ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
|---|---|---|---|
| | ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| | ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| | ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| **16.** Estimated liabilities | ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
|---|---|---|---|
| | ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| | ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| | ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Case 18-10158-JKS   Doc 1   Filed 01/03/18   Entered 01/03/18 17:26:22   Desc Main
Document   Page 4 of 18

Debtor   **Strike Force of New Jersey, Inc.**                              Case number (if known)
         Name

**Request for Relief, Declaration, and Signatures**

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or
imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

17. **Declaration and signature**
    **of authorized**              The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
    **representative of debtor**
                                    I have been authorized to file this petition on behalf of the debtor.

                                    I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

                                    I declare under penalty of perjury that the foregoing is true and correct.

                                    Executed on   **January  3, 2018**
                                                  MM / DD / YYYY

                              X  **/s/ Frederick G. Goldring**                      **Frederick G. Goldring**
                                 Signature of authorized representative of debtor    Printed name

                                 Title   **President**

18. **Signature of attorney**   X  **/s/ Stuart Gold**                      Date  **January  3, 2018**
                                   Signature of attorney for debtor                MM / DD / YYYY

                                   **Stuart Gold**
                                   Printed name

                                   **Mandelbaum Salsburg P.C.**
                                   Firm name

                                   **3 Becker Farm Road**
                                   **Roseland, NJ 07068**
                                   Number, Street, City, State & ZIP Code

                                   Contact phone   **9737364600**     Email address   **sgold@lawfirm.ms**

                                   **009511986**
                                   Bar number and State

Official Form 201          Voluntary Petition for Non-Individuals Filing for Bankruptcy          page 4

Case 18-10158-JKS   Doc 1   Filed 01/03/18   Entered 01/03/18 17:26:22   Desc Main
Document   Page 5 of 18

Debtor   Strike Force of New Jersey, Inc.                          Case number (if known)
         Name

**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF NEW JERSEY

Case number (if known) _____   Chapter   **11**

☐ Check if this an
   amended filing

## FORM 201. VOLUNTARY PETITION

### Pending Bankruptcy Cases Attachment

| | | | | | |
|---|---|---|---|---|---|
| Debtor | Initial Protective Services, Inc. | | | Relationship to you | Affiliate |
| District | New Jersey | When | 1/03/18 | Case number, if known | TBA |
| Debtor | Strike Force Protective Services, Inc. | | | Relationship to you | Affiliate |
| District | New Jersey | When | 1/03/18 | Case number, if known | TBA |
| Debtor | Summit Staffing Solutions, Inc | | | Relationship to you | Affiliate |
| District | New Jersey | When | 1/03/18 | Case number, if known | TBA |
| Debtor | Ultimate Services, Inc. | | | Relationship to you | Affiliate |
| District | New Jersey | When | 1/03/18 | Case number, if known | TBA |
| Debtor | USI Landscape and Design, Inc. | | | Relationship to you | Affiliate |
| District | New Jersey | When | 1/03/18 | Case number, if known | TBA |
| Debtor | USI Services Group, Inc. | | | Relationship to you | Parent |
| District | New Jersey | When | 1/03/18 | Case number, if known | TBA |