# PIEKARSKY & ASSOCIATES, L.L.C.

COUNSELLORS AT LAW
191 GODWIN AVENUE
WYCKOFF, NEW JERSEY 07481

Telephone:201-560-5000
Telecopier:201-560-1440

SBP: 19916/mf

March 6, 2018

**Via ECF**
Hon. Sarah Netburn, U.S.M.J.
United States District Court, Southern District of New York
40 Foley Square
New York, NY 10007

       **Re:**   *Santiago v. ID&T/SFX Mysteryland, LLC, et al.*
            1:17-cv-00101-PAE

Dear Judge Netburn:

    This firm represents the Plaintiff, Angel Santiago, in the above matter. There is a Discovery Conference scheduled before Your Honor tomorrow at 3:00 p.m.

    There is a major snow storm forecasted for tomorrow, particularly in Northern New Jersey where my office is located. The same will make travel to and from the Court difficult. As such, I respectfully ask Your Honor for a short adjournment of the Conference, or in the alternative for permission to participate via telephone.

    Thank you for your consideration.

                              Respectfully yours,

                              */s/ Mark R. Faro*

                              Mark R. Faro, Esq.

cc:  counsel of record (via ECF)