O'TOOLE, SCRIVO, FERNANDEZ, WEINER, VAN LIEU, LLC
14 Village Park Road
Cedar Grove, New Jersey
(973) 239-5700
*Attorneys for Defendant, Kel Executive Services Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
ANGEL SANTIAGO,

    Plaintiff,

v.

ID&T/SFX Mysteryland LLC, Bethel Woods Center for the Arts, D&E Partners, Inc., S&B Group Enterprises, LLC, Christie Lites LLC, Contemporary Services Corporation, CSS Security, Inc., Green Mountain Concert Services, Inc., Strike Force Protective Services, Inc., Venue Smart, Kel Executive Services, ABC Corps. 1-100 (fictitious entities), & John Does 1-100 (fictitious names),

    Defendants.
---------------------------------------------------------------x

Civil Action No. 1:17-cv-00101-PAE

**NOTICE OF APPEARANCE OF COUNSEL**

  Notice is hereby given that I am admitted to be practice before this Court, and that I appear in this case as co-counsel for Defendant, Kel Executive Services Inc.

Dated: March 28, 2018

        O'TOOLE SCRIVO FERNANDEZ WEINER VAN LIEU, LLC
        Attorneys for Defendant, Kel Executive Services Inc.

        _____
        Jessica M. Carroll, Esq.
        14 Village Park Road
        Cedar Grove, New Jersey 07009
        (973) 239-5700
        jcarroll@oslaw.com