# PIEKARSKY & ASSOCIATES, L.L.C.
COUNSELLORS AT LAW
191 GODWIN AVENUE
WYCKOFF, NEW JERSEY 07481

Telephone:201-560-5000
Telecopier:201-560-1440

SBP: 19916/mf

April 6, 2018

**Via ECF**
Hon. Sarah Netburn, U.S.M.J.
United States District Court, Southern District of New York
40 Foley Square
New York, NY 10007

        **Re:   Santiago v. ID&T/SFX Mysteryland, LLC, et al.**
              **1:17-cv-00101-PAE**

Dear Judge Netburn:

    Please accept this joint status letter from counsel in the above matter pursuant to Your Honor's Order of March 30, 2018.

    Plaintiff's counsel has requested that the Clerk of the Court enter default against Defendants Venue Smart and Strike Force Protective Services, Inc.  Further, Plaintiff's counsel has served Your Honor's Order on Strike Force Protective Services, Inc.

    The Plaintiff, his counsel, and counsel for the Defendants will visit the site of the accident on April 13, 2018.

    The Plaintiff's deposition has been scheduled for May 2, 2018.

    On May 10, 2018, depositions have been scheduled for representatives from ID&T/SFX Mysteryland LLC and Bethel Woods Center for the Arts.

    On May 11, 2018, a deposition has been scheduled for a representative from Christie Lites, LLC.

    On May 14, 2018, a deposition has been scheduled for a representative from Contemporary Services Corporation.

    On June 1, 2018, a deposition has been scheduled for a representative from CSS Security, Inc.

On June 11, 2018, a deposition has been scheduled for a representative from Green Mountain Concert Services, Inc.

The Plaintiff's Independent Medical Examination shall be on June 27, 2018.

The parties wish to schedule a Settlement Conference before Your Honor.

The Plaintiff intends to move to reinstate the complaint as to Defendants Kel Executive Services, S & B Group Enterprises, LLC and D&E Partners, Inc.  In the event the complaint is not restored as to these parties, the Defendants waive their crossclaims as to these parties.

Thank you for your consideration.

        Respectfully yours,

        /s/ Mark R. Faro, Esq.

        /s/ Brian S. Gitnik, Esq.

        /s/ William A. Prinsell, Esq.

        /s/  Emily S. Policano, Esq.

        /s/ Christopher R. Invidiata, Esq.

        /s/ Michelle L. Bochner, Esq.

        /s/ Thomas B. Ferris, Esq.