AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| ANGEL SANTIAGO, | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:17-cv-101 |
| ID&T/SFX MYSTERYLAND LLC, et al. | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Bethel Woods Center for the Arts, Inc. i/s/a Bethel Woods Center for the Arts         .

Date:    04/10/2018

*Attorney's signature*

Thomas B. Ferris 9991
*Printed name and bar number*

Eustace, Marquez, Epstein, Prezioso & Yapchanyk
55 Water Street, 28th
New York, New York 10041

*Address*

thomas.ferris@eustacelaw.com
*E-mail address*

(212) 612-4200
*Telephone number*

(212) 612-4284
*FAX number*