UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

ANGEL SANTIAGO,

                                  Plaintiff,                      17-CV-101 (PAE)(SN)

              -against-                      **SETTLEMENT CONFERENCE ORDER**

ID&T/SFX MYSTERYLAND LLC, et al.,

                                Defendants.

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

      On April 6, 2018, the parties indicated that they would like to schedule a settlement conference. The Court directed the parties to contact Courtroom Deputy Joseph Mendieta as soon as practicable to schedule a settlement conference. As of today, the parties still have not contacted Mr. Mendieta. Accordingly, a settlement conference is scheduled for Tuesday, June 26, 2018, at 10:00 a.m. in Courtroom 219, Thurgood Marshall Courthouse, 40 Foley Square, New York, New York. If this date is unavailable for any party, they must contact Mr. Mendieta immediately at (212) 805-0286.

      The parties are directed to review and comply with the Procedures for Cases Referred for Settlement to Magistrate Judge Sarah Netburn, a copy of which is available on the Court's website at http://www.nysd.uscourts.gov/judge/Netburn. The parties are strongly encouraged to engage in good-faith settlement negotiations before the settlement conference and preferably before the submission to the Court of the *Ex Parte* Settlement Letters and Acknowledgment

Forms, which are to be submitted by Tuesday, June 19, 2018. Should the parties resolve the litigation before the conference date, they must notify the Court in writing immediately.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:   April 20, 2018
         New York, New York