UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Angel Santiago

Plaintiff(s)

vs.

ID&T/SFX Mysteryland LLC, et. al.

Defendant(s)

**Request for Clerk's Certificate of Default**

Civil Case No. 17-CV-101(PAE)(SN)

Pursuant to Fed. R. Civ. P. 55(a) and L.R. 55.1, Angel Santiago requests a Clerk's certificate of entry of default. Within in an accompanying affidavit, I affirm that the party against whom the judgment is sought:

1) is not an infant or incompetent person;

2) is not in the military service;

3) was properly served under Fed. R. C. P. 4 and proof of service having been filed with the court;

4) has defaulted in appearance in the above captioned action.

s/ Mark R. Faro, Esq.

**Counsel for Plaintiff(s) / Plaintiff(s) Pro se**