UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------x   Index No.: 1:17-cv-101

ANGEL SANTIAGO,
                Plaintiff,

v.

ID&T/SFX MYSTERYLAND LLC, BETHEL WOODS CENTER FOR THE ARTS, D&E PARTNERS, INC., S&B GROUP ENTERPRISES, LLC, CHRISTIE LITES LLC, CONTEMPORARY SERVICES CORPORATION, CSS SECURITY, INC., GREEN MOUNTAIN CONCERT SERVICES, INC., STRIKE FORCE PROTECTIVE SERVICES, INC., VENUE SMART, KEL EXECUTIVE SERVICES, ABC CORPS. 1-100 (FICTITIOUS ENTITIES), & JOHN DOES 1-100 (FICTITIOUS NAMES),

                Defendants.
-----------------------------------------------------------------------x

STIPULATION DISCONTINUING CROSS-CLAIMS AS TO ID&T/SFX MYSTERYLAND LLC WITHOUT PREJUDICE

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/30/2018
```

**IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned, attorneys for the respective parties hereto, that whereas no party is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, the cross-claims against ID&T/SFX MYSTERYLAND LLC are hereby discontinued without prejudice. This stipulation may be filed without further notice with the Clerk of the Court.

DATED:  April 20, 2018
              New York, New York

_____
Eustace, Marquez, Epstein, Prezioso & Yapchanyk
Attorneys for Defendant
Bethel Woods Center for the Arts, Inc. i/s/a Bethel Woods Center for the Arts
55 Water Street-28th Floor
New York, New York 10041

_____
Havkins Rosenfeld Ritzert & Varriale, LLP
Attorneys for Defendant, ID&T/SFX Mysteryland, LLC,
One Battery Park Plaza, 6th Floor
New York, New York 10004

DATED:  April 30, 2018
              New York, New York

_____
SARAH NETBURN
United States Magistrate Judge