**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X

Angel Santiago

           **Plaintiff(s),**

       - against -

ID&T/SFX Mysteryland LLC, et. al.

           **Defendant(s),**

-----------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/1/18

17 Civ. 101 (SN)

**CLERK'S CERTIFICATE**
**OF DEFAULT**

    **I, RUBY J. KRAJICK, Clerk of the United States District Court for**

the Southern District of New York, do hereby certify that this action was commenced on

9/29/2015 with the filing of a summons and complaint, a copy of the summons and

*Third Amended* complaint was served on defendant(s) Venue Smart

by personally serving Kenneth Strough,

*and proof of service was therefore filed on* 09/29/2017*, Doc. #(s)* 103.

I further certify that the docket entries indicate that the defendant(s) has not filed an

answer or otherwise moved with respect to the complaint herein. The default of the

defendant(s) is/are hereby noted.

Dated: New York, New York

May 1, 2018

         **RUBY J. KRAJICK**
         **Clerk of Court**

        By: _____ KMango
         **Deputy Clerk**

SDNY Web 3 2015

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x

Angel Santiago,

      Plaintiff,              :   Civil Action No. 17-cv-101-PAE-SN

v.

ID&T/SFX Mysteryland LLC, et. al.,

      Defendants.   .        :   __AFFIDAVIT OF MARK R. FARO, ESQ.__

---------------------------------------------------------------- x

Mark R. Faro, being duly sworn, hereby deposes and says:

1. I am a licensed attorney associated with Piekarsky & Associates, LLC, which serves as counsel for the Plaintiff in the above-captioned matter. I am admitted to this Honorable Court *Pro Hac Vice*. See Doc. # 65.

2. I am fully familiar with the proceedings occurring in this action and make this statement based on my personal knowledge of the facts set forth herein and in support of the Plaintiff's Request to Enter Default as to Defendant Venue Smart.

3. Defendant Venue Smart is a business entity, and is thus, not an infant, incompetent nor is it serving on active duty in the United States Military.

4. The Plaintiff filed a Third Amended Complaint on August 17, 2017. See Doc. # 73.

5. Defendant Venue Smart was a newly added party to the litigation upon the filing of the Third Amended Complaint. See Doc. # 73.

6. Defendant Venue Smart was properly served with the Third Amended Complaint, a summons and a civil cover sheet, on September 6, 2017 and Proof of Service was filed on September 29, 2017. See Doc. # 103.

7. The time for Defendant Venue Smart to file a responsive pleading or otherwise move and/or defend this action has expired.

8. Defendant Venue Smart has not filed a responsive pleading or otherwise moved and/or defended this action.

DATED: 4-4-18

Mark R. Faro
**Piekarsky & Associates, LLC**
191 Godwin Avenue
Wyckoff, NJ 07481
T- (201) 560-5000
F- (201) 560-1440
mfaro@pielaw.com

SWORN TO AND SUBSCRIBED BEFORE ME
THIS 4TH DAY OF APRIL, 2018.

ANNA G. WYSOCKA-KAWA
NOTARY PUBLIC
STATE OF NEW JERSEY
MY COMMISSION EXPIRES JUNE 10 202

