```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/1/18
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

Angel Santiago

                        Plaintiff(s),

               - against -

ID&T/SFX Mysteryland LLC, et. al.

                        Defendant(s),
------------------------------------------------------------X

17 Civ. 101 (SN)

**CLERK'S CERTIFICATE OF DEFAULT**

I, RUBY J. KRAJICK, Clerk of the United States District Court for the Southern District of New York, do hereby certify that this action was commenced on September 29, 2015 with the filing of a summons and complaint, a copy of the summons and *third amended* complaint was served on defendant(s) Strike Force Protective Services, Inc. by personally serving Treaston Alfred, Manager, and proof of service was therefore filed on 9/19/2017, Doc. #(s) 96.

I further certify that the docket entries indicate that the defendant(s) has not filed an answer or otherwise moved with respect to the complaint herein. The default of the defendant(s) is/are hereby noted.

Dated: New York, New York

      May 1, 2018

                                                      RUBY J. KRAJICK
                                                      Clerk of Court

                                               By: _____
                                                        Deputy Clerk

SDNY Web 3/2015

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

| | |
|---|---|
| Angel Santiago, | |
| Plaintiff, | Civil Action No. 17-cv-101-PAE-SN |
| v. | |
| ID&T/SFX Mysteryland LLC, et. al., | |
| Defendants. | **AFFIDAVIT OF MARK R. FARO, ESQ.** |

---

Mark R. Faro, being duly sworn, hereby deposes and says:

1. I am a licensed attorney associated with Piekarsky & Associates, LLC, which serves as counsel for the Plaintiff in the above-captioned matter. I am admitted to this Honorable Court *Pro Hac Vice*. See Doc. # 65.

2. I am fully familiar with the proceedings occurring in this action and make this statement based on my personal knowledge of the facts set forth herein and in support of the Plaintiff's Request to Enter Default as to Defendant Strike Force Protective Services, Inc.

3. Defendant Strike Force Protective Services, Inc. is a corporate entity, and is thus, not an infant, incompetent nor is it serving on active duty in the United States Military.

4. The Plaintiff filed a Third Amended Complaint on August 17, 2017. See Doc. # 73.

5. Defendant Strike Force Protective Services, Inc. was a newly added party to the litigation upon the filing of the Third Amended Complaint. See Doc. # 73.

6. Defendant Strike Force Protective Services, Inc. was properly served with the Third Amended Complaint, a summons and a civil cover sheet, on September 5, 2017 and Proof of Service was filed on September 19, 2017. See Doc. # 96.

7. The time for Defendant Strike Force Protective Services, Inc. to file a responsive pleading or otherwise move and/or defend this action has expired.

8. Defendant Strike Force Protective Services, Inc. has not filed a responsive pleading or otherwise moved and/or defended this action.

DATED: 4-4-18

Mark R. Faro
**Piekarsky & Associates, LLC**
191 Godwin Avenue
Wyckoff, NJ 07481
T- (201) 560-5000
F- (201) 560-1440
mfaro@pielaw.com

SWORN TO AND SUBSCRIBED BEFORE ME
THIS 4TH DAY OF APRIL, 2018.

ANNA G. WYSOCKA-KAWA
NOTARY PUBLIC
STATE OF NEW JERSEY
MY COMMISSION EXPIRES JUNE 10, 2021

