UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------x   Index No.: 1:17-cv-101
ANGEL SANTIAGO,
                Plaintiff,

v.

ID&T/SFX MYSTERYLAND LLC, BETHEL WOODS
CENTER FOR THE ARTS, D&E PARTNERS, INC., S&B
GROUP ENTERPRISES, LLC, CHRISTIE LITES LLC,
CONTEMPORARY SERVICES CORPORATION, CSS
SECURITY, INC., GREEN MOUNTAIN CONCERT
SERVICES, INC., STRIKE FORCE PROTECTIVE
SERVICES, INC., VENUE SMART, KEL EXECUTIVE
SERVICES, ABC CORPS. 1-100 (FICTITIOUS ENTITIES),
& JOHN DOES 1-100 (FICTITIOUS NAMES),

                Defendants.
-----------------------------------------------------------------------x

**CONSENT TO CHANGE ATTORNEY**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/1/2018

The undersigned consent(s) to the substitution of:

**Havkins Rosenfeld Ritzert & Varriale, LLP.**
One Battery Park Plaza, 6th Floor
New York, NY 10004
(212) 488-1598

to succeed the firm of Eustace, Marquez, Epstein, Prezioso & Yapchanyk as attorney of record for Defendant Bethel Woods Center for the Arts, Inc. i/s/a Bethel Woods Center for the Arts in the above captioned matter effective on the date listed below.

Dated: April 25, 2018

_____ CFO/GENERAL MANAGER
Bethel Woods Center for the Arts, Inc. i/s/a Bethel Woods Center for the Arts


STATE OF NEW YORK    )
                              ss.
COUNTY OF Sullivan   )

On the 25 day of 4 ,2018, the aforementioned individual(s) duly sworn stated as follows: that he/she is the of Bethel Woods Center for the Arts, Inc. i/s/a Bethel Woods Center for the Arts who has been authorized to consent to the substitution on behalf of the corporation.

_____
Notary Public

ALLISON M. SIMPSON
NOTARY PUBLIC - STATE OF NEW YORK
No. 01SI6356981
Qualified in Sullivan County
My Commission Expires on April 10, 2021

_____
Eustace, Marquez, Epstein, Prezioso & Yapchanyk
55 Water Street, 28th Floor
New York, New York 10041
(Outgoing Counsel)

_____
Havkins Rosenfeld Ritzert & Varriale, LLP.
One Battery Park Plaza, 6th Floor
New York, NY 10004
(Incoming Counsel)

---

Defendant Bethel Woods Center for the Arts, Inc. ("Bethel Woods") is directed to file a motion to substitute counsel identifying the specific attorney who will be representing Bethel Woods.
**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

May 1, 2018
New York, New York