```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/8/2018
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
ANGEL SANTIAGO,

                Plaintiff,

    v.

ID&T/SFX MYSTERYLAND LLC, BETHEL WOODS
CENTER FOR THE ARTS, D&E PARTNERS, INC., S&B
GROUP ENTERPRISES, LLC, CHRISTIE LITES LLC,
CONTEMPORARY SERVICES CORPORATION, CSS
SECURITY, INC., GREEN MOUNTAIN CONCERT
SERVICES, INC., STRIKE FORCE PROTECTIVE
SERVICES, INC., VENUE SMART, KEL EXECUTIVE
SERVICES, ABC CORPS. 1-100 (FICTITIOUS ENTITIES),
& JOHN DOES 1-100 (FICTITIOUS NAMES),

                Defendants.
-------------------------------------------------------------x

Index No.: 1:17-cv-101

CONSENT AND ORDER
SUBSTITUTING
ATTORNEYS

       IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel and pursuant to Local Rule 1.4, that the law firm of Havkins Rosenfeld Ritzert & Varriale, LLP hereby is substituted in place of Eustace, Marquez, Epstein, Prezioso & Yapchanyk as counsel of record for Bethel Woods Center for the Arts, Inc. i/s/a Bethel Woods Center for the Arts in the above-captioned case.

       PLEASE TAKE NOTICE that all pleadings, notices of hearings, and other filings in this matter should be served upon the undersigned incoming counsel.

Dated: May 3, 2018

| Eustace, Marquez, Epstein, Prezioso & Yapchanyk | Havkins Rosenfeld Ritzert & Varriale, LLP |
|---|---|
| Withdrawing Attorneys for Bethel Woods Center for the Arts, Inc. i/s/a Bethel Woods Center for the Arts | Incoming Attorneys for Defendants, ID&T/SFX Mysteryland, LLC and Bethel Woods Center for the Arts, Inc. i/s/a Bethel Woods Center for the Arts |
| _/s/ Thomas B. Ferris_<br>Thomas B. Ferris, Esq.<br>55 Water Street, 28th Floor<br>New York, New York 10041 | _/s/ Michelle Bochner_<br>Michelle Bochner, Esq.<br>Steven Howard Rosenfeld, Esq.<br>One Battery Park Plaza, 6th Floor<br>New York, New York 10004 |

The motion is GRANTED. The Clerk of Court is respectfully directed to terminate the motion at ECF No. 187.
**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

May 8, 2018
New York, New York

| | |
|---|---|
| Piekarsky & Associates, LLC<br>Attorneys for Plaintiff, Angel Santiago<br><br>_/s/ Mark R. Faro_<br>Mark R. Faro, Esq.<br>191 Godwin Avenue, Suite 9<br>Wyckoff, NJ 07481 | Wilson, Elser, Moskowitz, Edelman & Dicker LLP<br>Attorneys for Defendant, Christie Lites LLC<br><br>_/s/ Emily S. Policano_<br>Emily S. Policano, Esq.<br>150 East 42nd St, 23rd Floor<br>New York, New York 10017 |
| Litchfield Cavo LLP<br>Attorneys for Defendant, Contemporary Services Corporation<br><br>_/s/ Brian Gilnik_<br>Brian Gilnik, Esq.<br>420 Lexington Avenue, Suite 2104<br>New York, New York 10170 | Morris Duffy Alonso & Faley<br>Attorneys for Defendant, CSS Security, Inc.<br><br>_/s/ Christopher R. Invidiata_<br>Christopher R. Invidiata, Esq.<br>2 Rector Street, 22nd floor<br>New York, New York 10006 |
| Kowalski & DeVito<br>Attorneys for Defendant, Green Mountain Concert Services, Inc.<br><br>William A. Pinsell, Esq. _Scott Perez_<br>80 Pine Street, Suite 300<br>New York, New York 10005 | |

AGREED AND ACCEPTED:

Bethel Woods Center for the Arts, Inc. i/s/a Bethel Woods Center for the Arts

By: _____
Name: ERIC FRANCES
Title: CFO