UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

ANGEL SANTIAGO,

       Plaintiff,      17-CV-101 (PAE)(SN)

   -against-          ORDER

ID&T/SFX MYSTERYLAND LLC, et al.,

       Defendants.

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge**:

  On Tuesday, May 1, 2018, the Clerk of Court issued Certificates of Default with respect to Defendants Venue Smart and Strike Force Protective Services, Inc. Accordingly, no later than Monday, May 21, 2018, the plaintiff may file a single consolidated motion for default judgment against these defendants on ECF in accordance with Rule 3(M) of Judge Engelmayer's Individual Rules. If the plaintiff does not file a motion for default judgment by that date, the claims against Defendants Venue Smart and Strike Force Protective Services, Inc. may be dismissed with prejudice. The plaintiff is ORDERED to serve copies of this Order on Defendants Venue Smart and Strike Force Protective Services, Inc.

SO ORDERED.

                 _____
                 SARAH NETBURN
                 United States Magistrate Judge

DATED:  May 8, 2018
       New York, New York